SLIP OPINION

Cite as 2015 Ark. App. 423

# ARKANSAS COURT OF APPEALS

DIVISION III
**No.**  CV-15-190

| | |
|---|---|
| WILLIAM RAMIREZ<br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF<br>HUMAN SERVICES; J.R., A MINOR;<br>AND H.R., A MINOR<br>APPELLEES | **Opinion Delivered** August 26, 2015<br><br>APPEAL FROM THE SEBASTIAN<br>COUNTY CIRCUIT COURT, FORT<br>SMITH DISTRICT<br>[NO. JV-13-290]<br><br>HONORABLE ANNIE HENDRICKS,<br>JUDGE<br><br>AFFIRMED; MOTION GRANTED |

**RITA W. GRUBER, Judge**

This appeal is from an order terminating William Ramirez's parental rights to his two children, J.R. and H.R.[1] Appellant's counsel has filed a motion to withdraw and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i), setting forth all adverse rulings from the termination hearing and asserting that there are no issues that would support a meritorious appeal. The clerk of this court mailed a certified copy of counsel's motion and brief to appellant's last known address informing him of his right to file pro se points for reversal. Pro se points were due on May 17, 2015; appellant tendered points on May 27, 2015. Because the points were late, we have not considered them here.

---

[1]The parental rights of Jasmine Phonhthydeth, the children's mother, were also terminated in a separate order, but she is not a party to this appeal.

Having examined the record and counsel's brief, we conclude that counsel has complied with the requirements established by the Arkansas Supreme Court for no-merit termination cases and that the appeal is wholly without merit. We therefore affirm, by memorandum opinion, the termination of appellant's parental rights. *See In re Memorandum Opinions*, 16 Ark. App. 301, 700 S.W.2d 63 (1985); Ark. Sup. Ct. R. 5-2(e) (2014). Counsel's motion to withdraw is granted.

Affirmed; motion granted.

ABRAMSON and HOOFMAN, JJ., agree.

*Brett D. Watson, Attorney at Law, PLLC*, by: *Brett D. Watson*, for appellant.

No response.